UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| FRANKLIN E. LONG, | ) | CASE NO. 3:09 CV 915 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | VERNELIS K. ARMSTRONG |
| v. | ) | |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Plaintiff has filed an application to commence suit without the prepayment of costs, fees or security in the above-captioned case. That application is granted.

IT IS SO ORDERED.

                                                s/ Vernelis K. Armstrong
                                                VERNELIS K. ARMSTRONG
                                                UNITED STATES MAGISTRATE JUDGE

DATED:  5/29/09