IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Franklin E. Long,                                              CASE NO.  3:09cv915

        Plaintiff
  -vs-                                                         ORDER OF REFERRAL TO
                                                               MAGISTRATE FOR PRETRIAL
                                                               PROCEEDINGS
Midland Credit Management, Inc.,

                                                               JUDGE JACK ZOUHARY
        Defendant


     Pursuant to General Order, filed October 4, 1994, the above case is hereby referred to the United States Magistrate, Vernelis K. Armstrong for the hearing and determination of all pretrial issues, and the filing of a Report and Recommendation, entry of an Order, or such other action, as appropriate.

     In the event that the Magistrate determines that cause exists to refer a matter back for hearing and/or determination by a District Judge, such matter shall be referred, by Court Order, to the District Judge assigned to the particular case.


                                                               IT IS SO ORDERED.


                                                               s/     Jack Zouhary   7/8/2009
                                                               UNITED STATES DISTRICT JUDGE