| U.S. Department of Justice<br>United States Marshal Service | | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|

JUDGE ZOUHARY

RECEIVED
DEPT. OF JUSTICE
2009 JUL 10 A 7:50
U.S. DISTRICT COURT
NORTHERN DISTRICT OHIO
TOLEDO, OHIO

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| | Franklin E Long | 3:09CV00915 |
| DEFENDANT | | TYPE OF PROCESS |
| | Midland Credit Management, Inc. | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Midland Credit Management, Inc. c/o Corporation Service Company, Resident Agent
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
200 S.W. 30th Street, Topeka, KS 66611

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Frank Long
461 W Lytle St #130
Fostoria OH 44830

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Midland Credit Management, Inc. c/o Robin R Pruitt, Agent
8875 Aero Drive, Suite 200
San Diego, CA 92123
800-825-8131

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 567-245-0079
DATE: 4/20/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 60 | No. 60 | | 7/13/09 |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 7/16/09  Time: 12:00  [ ] am [X] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | — | | $8.00 | — | $8.00 |

REMARKS: Cert. mail

CLERK U.S. DIST.
NORTHERN DISTR
TOLEDO
2009 JUL 21 9:59

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here  7/13

7008 1140 0004 0179 0840

Sent To: Midland Credit Management
Street, Apt. No.; or PO Box No.: 200 S.W. 30th St
City, State, ZIP+4: Topeka, KS 66611

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Midland Credit Mgmnt, Inc.
c/o Corp. Service Company,
Resident Agent
200 S.W. 30th St.
Topeka, KS 66611
3:09CV00915

2. Article Number (Transfer from service label): 7008 1140 0004 0179 0840

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  TBURNS    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): JBurns
C. Date of Delivery: 7/16/09

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540