**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **FRANKLIN E. LONG,** | ) | **CASE NO.  3:09 CV 00915** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE JACK ZOUHARY** |
| **vs.** | ) | |
| | ) | |
| **MIDLAND CREDIT MANAGEMENT,** | ) | **MIDLAND CREDIT MANAGEMENT,** |
| **INC.,** | ) | **INC.'S MOTION TO EXCUSE** |
| | ) | **CLIENT ATTENDANCE AT CASE** |
| **Defendant.** | ) | **MANAGEMENT CONFERENCE** |

This matter is set for a Case Management Conference on Friday October 9, 2009 at 10:00 a.m.  Defendant Midland Credit Management, Inc. ("Midland") would have to send a representative from out of state for the Case Management Conference.  Midland can have a representative available by telephone for the Case Management Conference should the participation of a representative of Midland be required.  However, requiring someone to come from out of state would not only cause considerable expense, but an undue hardship as the presence of the representative is needed in the office.

WHEREFORE, Midland requests that the Court excuse the personal appearance of its representative at the Case Management Conference on October 9, 2009.

Respectfully submitted,

/s/ *Brooke Turner Bautista*
James S. Wertheim (0029464)
Brooke Turner Bautista (0072364)
**McGlinchey Stafford PLLC**
25550 Chagrin Blvd., Suite 406
Cleveland, OH  44122
Phone:  (216) 378-9905
Fax:  (216) 378-9910
jwertheim@mcglinchey.com
bbautista@mcglinchey.com

*Counsel for Defendant*
*Midland Credit Management, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Midland Credit Management, Inc's Motion to Excuse Client Attendance at Case Management Conference* was served this 17th day of September, 2009 by regular U.S. Mail, postage prepaid, upon:

Franklin E. Long
461 W. Lytle St., #130
Fostoria, OH  44830

*Pro Se Plaintiff*

/s/ *Brooke Turner Bautista*
Brooke Turner Bautista