> Motion granted as to representative of Midland Credit Managament, Inc.
>
> IT IS SO ORDERED.
>
> s/ Vernelis K. Armstrong
> U. S. Magistrate Judge

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **FRANKLIN E. LONG,** | ) | CASE NO.  3:09 CV 00915 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JACK ZOUHARY |
| vs. | ) | |
| | ) | |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | ) | **MIDLAND CREDIT MANAGEMENT, INC.'S MOTION TO EXCUSE** |
| | ) | **CLIENT ATTENDANCE AT CASE** |
| Defendant. | ) | **MANAGEMENT CONFERENCE** |

  This matter is set for a Case Management Conference on Friday October 9, 2009 at 10:00 a.m.  Defendant Midland Credit Management, Inc. ("Midland") would have to send a representative from out of state for the Case Management Conference.  Midland can have a representative available by telephone for the Case Management Conference should the participation of a representative of Midland be required.  However, requiring someone to come from out of state would not only cause considerable expense, but an undue hardship as the presence of the representative is needed in the office.

574845.1