IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Franklin E. Long, | : | Case No. 3:09CV915 |
| Plaintiff(s), | : | |
| v. | : | CASE MANAGEMENT <u>CONFERENCE ORDER</u> |
| Midland Credit Management, Inc., | : | |
| Defendant(s). | : | |

CMC Date:    10/09/09

A written stipulation (Local Rule16.3(b)(3)) was not filed.

Track:    Standard

Case referred to Alternative Dispute Resolution (ADR):
    Yes _____  No   X      Delay _____

Magistrate Consent:    deadline for consenting to magistrate's jurisdiction is 10/30/01

Initial Disclosure (26(a)(1)) due:    10/30/01

Discovery cut-off date:    01/08/10

Electronic discovery: counsel were reminded of the e-discovery protocol set forth in Appendix K to the local rules.

Deadline for amending pleadings/adding parties:    12/08/09

Deadline for filing dispositive motions:    02/08/10 with opposition due within 21 days and any reply due within 10 days thereafter.

Telephone status:    **Thursday, 10/22/09 at 1:00 p.m.**  The Court will place this call.

Other significant dates were deferred.

    So ordered.

                                /s/ Vernelis K. Armstrong
                                U. S. Magistrate Judge
Dated:   10/15/09