IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Franklin E. Long,                            Civil Case No. 3:09cv915

        Plaintiff,

vs.                                           ORDER

Midland Credit Management, Inc.,

        Defendant.

       Pursuant to General Order #2007-02, attorney Scott A. Ciolek is hereby appointed to represent the plaintiff in the above cause of action.

       The Clerk of the Court shall enter the appearance of Scott A. Ciolek on the docket as counsel for plaintiff.

                                                      IT IS SO ORDERED,

                                                      /s *Vernelis K. Armstrong*
                                                      Vernelis K. Armstrong
                                                      U. S. Magistrate Judge

October 15, 2009